**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 14-6310**

—————————

ALEXANDER OTIS MATTHEWS,

            Plaintiff – Appellant,

      v.

TED HULL; R. MICHELLE LEWIS; MARTIN, Sergeant; JOHN
DOE/JANE DOE RECREATION SUPERVISOR; JOHN DOE/JANE DOE
DIRECTOR OF MEDICAL SERVICES; JOHN DOE/JANE DOE CLEANING
SUPERVISOR; JOHN DOE/JANE DOE FOOD SERVICES SUPERVISOR;
JOHN DOE/JANE DOE UNIT NURSE; NORTHERN NECK REGIONAL JAIL
BOARD AUTHORITY MEMBERS; LYNN SUDDUTH,

            Defendants - Appellees.

—————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:13-cv-00450-LO-JFA)

—————————

Submitted:  June 26, 2014            Decided:  June 30, 2014

—————————

Before WILKINSON, KING, and GREGORY, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Alexander Matthews, Appellant Pro Se.  Broderick Coleman Dunn,
Alexander Francuzenko, COOK CRAIG & FRANCUZENKO, PLLC, Fairfax,
Virginia, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Matthews appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Matthews v. Hull, No. 1:13-cv-00450-LO-JFA (E.D. Va. Feb. 12, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED